# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

RICHARD LANCE MELTON                                                          PLAINTIFF

V.                    NO: 4:16CV00727-SWW-JJV

BRIANN, Nurse, LPN,
Saline County Detention Center; *et al*.                          DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants Parker and Massiet are DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief may be granted.

2. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this order adopting the Proposed Findings and Recommendations would not be taken in good faith.

DATED this 8th day of November, 2016.

                               /s/Susan Webber Wright
                               UNITED STATES DISTRICT JUDGE