# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

RICHARD LANCE MELTON,

    Plaintiff,

v.

No. 4:16CV00727-SWW

BRIANN LI MANDRI[1], *Nurse,*
*LPN, Saline County Detention Center*; *et al.*

    Defendants.

# ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Clerk will amend the docket to reflect Defendant's name as Briann Li Mandri;

2. Defendant's Motion to Dismiss (Doc. No. 14) is GRANTED;

3. Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice;

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 10th day of May, 2017.

                            /s/Susan Webber Wright
                            UNITED STATES DISTRICT JUDGE