**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

RICHARD LANCE MELTON,

                Plaintiff,

v.

BRIANN LI MANDRI[1], *Nurse,
LPN, Saline County Detention Center*; *et al.*

                Defendants.

No. 4:16CV00727-SWW

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

IT IS SO ORDERED this 10th day of May, 2017.

                    /s/Susan Webber Wright
                    UNITED STATES DISTRICT JUDGE